IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| In re:<br>JOAN BOYD HARDEN<br>200 CHIMNEY TOP DR<br>ANTIOCH, TN 37013,<br><br>Debtor. | Case No. 04-06325-MH3-7 |
|---|---|

**NOTICE OF MOTION TO REOPEN THE BANKRUPTCY CASE UNDER 11 U.S.C. § 350**

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** <u>October 5, 2020</u>

**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** <u>October 13, 2020,</u>
<u>at 9:00 AM by AT&T conference line number 1-888-363-4749, Access Code 4511038#</u>

   The Acting United States Trustee for the Middle District of Tennessee, Region 8, has asked the court for the following relief: **Motion to Reopen the Bankruptcy Case under 11 U.S.C. § 350.**
   **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before **October 5, 2020,** you or your attorney must:

1.  File with the court your written response or objection explaining your position at:
  Electronically: https://ecf.tnmb.uscourts.gov

Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objections you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>

If you need assistance with Electronic Filing, you may call the Clerk's Intake Department at the following phone number (615)736-5584.

2.  **Your response must state that the deadline for filing responses is October 5, 2020, the date of the scheduled hearing is October 13, 2020, and the motion to which you are responding is Motion to Reopen the Bankruptcy Case under 11 U.S.C. § 350.**
  If a timely response is filed, the hearing will be held at the time and place indicated above.

*THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.* You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at <www.tnmb.uscourts.gov>.

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

|  |  |
|---|---|
| Signature: | /s/ Megan Seliber |
| Name: | MEGAN SELIBER |
|  | Trial Attorney for the U.S. Trustee |
| Address: | Office of the United States Trustee |
|  | 318 Customs House, 701 Broadway |
|  | Nashville, TN 37203 |
| Tel: | (615) 736-2254 |
| Fax: | (615) 736-2260 |
|  | Email: Megan.Seliber@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOAN BOYD HARDEN, | Case No. 304-06325 |
| | Judge Marian F. Harrison |
| | Chapter 7 |
| Debtor(s). | |

## THE UNITED STATES TRUSTEE'S MOTION TO REOPEN THE BANKRUPTCY CASE

The United States Trustee, Region 8 (the "U.S. Trustee"), hereby moves this Court pursuant to 11 U.S.C. § 350 to reopen the Debtor's chapter 7 bankruptcy case in order to allow the trustee to administer an unreported asset in the Debtor's bankruptcy estate. The trustee was notified of the Debtor's interest in real property not listed on the Debtor's statements and schedules. The U.S. Trustee also moves this Court pursuant to Rule 5010, FRBP, for authority to appoint a trustee in this case once it is reopened in order to protect the interests of creditors and to insure efficient administration of the case.

WHEREFORE, the U.S. Trustee respectfully requests that this Court reopen this case and authorize the appointment of a trustee in the reopened case.

Respectfully submitted,

PAUL RANDOLPH
ACTING UNITED STATES TRUSTEE, REGION 8

/s/ Megan Seliber
Megan Seliber
Trial Attorney for the U.S. Trustee
701 Broadway, Customs House Suite 318
Nashville, TN 37203
Phone: (615) 736-2254
Fax: (615) 736-2260
Email: Megan.Seliber@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 14, 2020, a copy of the attached Notice, Motion and Proposed Order were sent by electronic and/or first class mail, postage prepaid to the following parties:

| **JOAN BOYD HARDEN**<br>**200 CHIMNEY TOP DR**<br>**ANTIOCH, TN 37013** | **LIMOR & JOHNSON, ATTORNEYS AT LAW**<br>**8161 HIGHWAY 100**<br>**SUITE 189**<br>**NASHVILLE, TN 37221** | **RONALD K. NEVIN**<br>**LAW OFFICE OF RON NEVIN**<br>**404 JAMES ROBERTSON PKY, STE 1850**<br>**NASHVILLE, TN 37219** |
|---|---|---|

    **/s/ Megan Seliber**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JOAN BOYD HARDEN, | Case No. 304-06325 |
| | Judge Marian F. Harrison |
| | Chapter 7 |
| Debtor. | |

## ORDER REOPENING THE BANKRUPTCY CASE

This matter came before the Court on the United States Trustee's Motion to Reopen the Bankruptcy Case. Notice of the motion was properly served in accordance with Federal Rule of Bankruptcy Procedure 2002 and Local Bankruptcy Rule 9013-1. The 21-day objection period referenced in the motion has expired. No party has filed a response to the motion, or all filed objections have been overruled or withdrawn.

IT IS THEREFORE ORDERED that the bankruptcy case is reopened and the United States Trustee is authorized to appoint a trustee in this case.

**This Order was signed and entered electronically as indicated at the top of the first page.**

Submitted by:
PAUL RANDOLPH
ACTING UNITED STATES TRUSTEE, REGION 8

/s/
MEGAN SELIBER
Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
Tel:   (615) 736-2254
Fax:   (615) 736-2260
Email: Megan.Seliber@usdoj.gov