# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOAN BOYD HARDEN, | Case No. 3:04-06325 |
|  | Judge Marian F. Harrison |
| Debtor. | Chapter 7 |

## ORDER REOPENING THE BANKRUPTCY CASE

This matter came before the Court on the United States Trustee's Motion to Reopen the Bankruptcy Case. Notice of the motion was properly served in accordance with Federal Rule of Bankruptcy Procedure 2002 and Local Bankruptcy Rule 9013-1. Debtor opposed the motion. Based on the undisputed facts of this case and after consideration of the arguments of counsel, the Court found cause to reopen the case.

IT IS THEREFORE ORDERED that the bankruptcy case is reopened and the United States Trustee is authorized to appoint a trustee in this case.

**This Order was signed and entered electronically as indicated at the top of the first page.**

Submitted by:
PAUL RANDOLPH
ACTING UNITED STATES TRUSTEE, REGION 8

/s/ Megan Seliber
MEGAN SELIBER
Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
Tel:   (615) 736-2254
Fax:   (615) 736-2260
Email: Megan.Seliber@usdoj.gov