# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

In re:

**JOAN BOYD HARDEN,**

Debtor.

Case No. 3:04-bk-06325

## RESPONSE TO MOTION TO REOPEN

Please take notice that, effective November 16, 2020, the address and law firm at which counsel for Darryl Harvey are to receive notice and service of papers will change. Counsel's new contact information is:

>Paul J. Krog
>Bulso PLC
>155 Franklin Road, Suite 400
>P. O. Box 861
>Brentwood, TN 37027
>615-913-5130
>pkrog@bulso.com

>Respectfully submitted:
>
>s/ Paul J. Krog
>Paul J. Krog (BPR No. 29263)
>LEADER & BULSO PLC
>414 Union Street, Suite 1740
>Nashville, Tennessee 37219
>Tel. (615) 780-4115
>Fax. (615) 780-4132
>pkrog@leaderbulso.com
>
>*Attorneys for Darryl Harvey, trustee*

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2020, the foregoing document was filed via the Court's ECF system, which is anticipated to deliver a copy via electronic means to the following:

Ronald K. Nevin
404 James Robertson Pkwy.
Ste. 1850
Nashville, TN 37219
615-244-7708
615-244-9685
paralegal@ronnevinattorney.com
*counsel for the debtor*

Erica R. Johnson
8161 Highway 100
Suite 184
Nashville, TN 37221
615-347-5869
erica@erjlaw.com
*Chapter 7 Trustee*

Megan Reed Seliber
US Trustee's Office
701 Broadway
Suite 318
Nashville, TN 37203
615-736-2254
Mega.seliber@usdoj.gov
*counsel for the U.S. Trustee*

                                            s/ Paul J. Krog
                                            Paul J. Krog