| | | |
|---|---|---|
| AEDC<br>550 WIIIAM NORTHERN BLVD<br>TULLAHOMA, TN 37388-4727 | BANK OF AMERICA<br>NC4-105-03-14<br>PO BOX 26012<br>GREENSBORO, NC 27420-6012 | CADILIS & STAWIASKI<br>4010 W BOY SCOUT BLVD<br>TAMPA, FL 33607-5727 |
| CITI FINANCIAL<br>PO BOX 222178<br>CHARLOTTE, NC 28222-2178 | CREDITORS FIN GROUP<br>PO BOX 440280<br>AURORA, CO 80044-0280 | DAVIDSON COUNTY GENERAL SESSIONS CR<br>201 JAMES ROBERTSON PKWY RM 2<br>NASHVILLE, TN 37201 |
| FIDELITY FEDERAL<br>82 DEVONSHIRE ST KWIC<br>BOSTON, MA 02109-3614 | FINELSTEIN, KERN, STEINBERG<br>PO BOX 1<br>KNOXVILLE, TN 37901-0001 | FMA ALLIANCE LTD<br>11811 N FRWY STE 900<br>HOUSTON, TX 77060-3292 |
| FORD MOTOR CREDIT CO<br>PO BOX 689007<br>FRANKLIN, TN 37068-9007 | HARDIN, CYNTHIA<br>905 VISTA PALMA WAY<br>ORLANDO, FL 32825-6361 | HOUSEHOLD FINANCE<br>2021 N GALLATIN RD STE 228<br>MADISON, TN 37115-2029 |
| IRS<br>PO BOX 1107<br>NASHVILLE, TN 37202 | JOAN BOYD HARDEN<br>200 CHIMNEY TOP DR<br>ANTIOCH, TN 37013-6310 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE, LA 71203-4774 |
| MANGRUM, JASON S<br>KENDALL, JAY L<br>701 BROADWAY STE 128<br>NASHVILLE, TN 37203-3935 | MATHEWSON, RD<br>105 N BELMONT AVE<br>MARGATE CITY, NJ 08402-2105 | METRO GOVT OF NASHVILLE & DAVIDSON<br>DEPT OF LAW<br>204 COURTHOUSE<br>NASHVILLE, TN 37201 |
| NCO FINANCIAL<br>PO BOX 41417<br>PHILADELPHIA, PA 19101 | RONALD K. NEVIN, Esquire<br>VIA CM/ECF Email Notice/Service -<br>paralegal@ronnevinattorney.com | SEARS<br>PO BOX 3671<br>URBANDALE, IA 50323-0671 |
| US ATTY FOR IRS<br>110 9TH AVE S STE A961<br>NASHVILLE, TN 37203-3870 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>VIA CM/ECF Email Notice/Service -<br>ustpregion08.na.ecf@usdoj.gov | YOUNG, JASON O<br>212 ADAMS AVE<br>MEMPHIS, TN 38103-1922 |
| PAUL JOSEPH KROG, Esquire<br>VIA CM/ECF Email Notice/Service -<br>pkrog@bulso.com | | |