United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 04-06325-MFH
JOAN BOYD HARDEN  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: mlh9971     Page 1 of 2
Date Rcvd: Dec 09, 2020     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JOAN BOYD HARDEN, 200 CHIMNEY TOP DR, ANTIOCH, TN 37013-6310 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERICA R. JOHNSON | erjtrustee@erjlaw.com  TN49@ecfcbis.com |
| JUSTIN TIMOTHY CAMPBELL | on behalf of Trustee ERICA R. JOHNSON justin@thompsonburton.com |
| MEGAN REED SELIBER | on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov |
| PAUL JOSEPH KROG | on behalf of Respondent Darryl Harvey pkrog@bulso.com |
| RONALD K. NEVIN | on behalf of Debtor JOAN BOYD HARDEN paralegal@ronnevinattorney.com  nevinlawecf@gmail.com |
| SUSAN R LIMOR | trustee@limorlaw.com  tn48@ecfcbis.com |

US TRUSTEE                    ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

Marian F. Harrison
US Bankruptcy Judge

Dated: 12/9/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **JOAN BOYD HARDEN**, | ) BK No. 04-06325-MH3-7 |
| | ) |
| Debtor(s). | ) |

### ORDER AUTHORIZING THE TRUSTEE TO EMPLOY ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC AS ATTORNEYS FOR TRUSTEE

Upon the Application of Erica R. Johnson, Trustee, for approval to employ Erica R. Johnson, Attorneys at Law, PLLC, as attorneys for the Trustee, and it appearing that said attorneys represent no interest adverse to the bankruptcy estate, twenty one (21) days notice having been given pursuant to L.B.R. 9013-1 of this Court, and no adverse interest appearing or objections having been filed;

IT IS HEREBY ORDERED that Erica R. Johnson, Trustee, is authorized to employ Erica R. Johnson, Attorney at Law, PLLC, as attorneys to represent the Trustee as counsel in this matter. Such employment is effective on or about November 16, 2020.

IT IS FURTHER ORDERED that counsel for the Trustee shall make application to the Court for approval of all compensation pursuant to 11 U.S.C. §§ 330, 331, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the United States Trustee Fee Guidelines.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry:

*/s/ Erica R. Johnson*
Erica R. Johnson (BPR No. 30939)
ERICA R. JOHNSON,
ATTORNEY AT LAW, PLLC
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erica@erjlaw.com – Email
*Attorneys for Trustee*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.