Marian F. Harrison
US Bankruptcy Judge



Dated: 12/16/2020

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOAN BOYD HARDEN, | ) | Case No: 3:04-bk-06325 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Harrison |

### ORDER TO EMPLOY COUNSEL

Upon consideration of the notice and motion of Erica R. Johnson, Trustee, for authority to employ Thompson Burton PLLC in connection with the above-styled matter, and it appearing that Justin T. Campbell and all members in the firm of Thompson Burton PLLC, are duly admitted to practice in this Court, and represent no interest adverse to this estate, and no objections having been filed;

And it appearing to the Court that employment of counsel in this matter is necessary; It is hereby

**ORDERED** that Erica R. Johnson, Trustee, is authorized to employ Thompson Burton, PLLC to represent her in the administration of the above-styled estate.

**IT IS FURTHER ORDERED** that the first date of employment for Thompson Burton PLLC shall be the date of the filing of the motion, November 24, 2020.

Counsel for the Trustee will make application to the Court for approval of all fees.

**This Order was signed and entered electronically as indicated at the top of the first page.**

APPROVED FOR ENTRY:

/s/ Erica R. Johnson
Erica R. Johnson, Trustee
Erica R. Johnson Attorney at Law PLLC
8161 Highway 100, Suite 184
Nashville, TN 37221
Telephone:	615-347-5869
Erica@erjlaw.com

Ch. 7 Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.