United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 04-06325-MFH
JOAN BOYD HARDEN  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: rww2574     Page 1 of 2
Date Rcvd: Dec 16, 2020     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JOAN BOYD HARDEN, 200 CHIMNEY TOP DR, ANTIOCH, TN 37013-6310 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERICA R. JOHNSON | erjtrustee@erjlaw.com TN49@ecfcbis.com |
| JUSTIN TIMOTHY CAMPBELL | on behalf of Trustee ERICA R. JOHNSON justin@thompsonburton.com |
| MEGAN REED SELIBER | on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov |
| PAUL JOSEPH KROG | on behalf of Respondent Darryl Harvey pkrog@bulso.com |
| RONALD K. NEVIN | on behalf of Debtor JOAN BOYD HARDEN paralegal@ronnevinattorney.com nevinlawecf@gmail.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

```
       Marian F. Harrison
       US Bankruptcy Judge
```


Dated: 12/16/2020

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOAN BOYD HARDEN, | ) | Case No: 3:04-bk-06325 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Harrison |

### ORDER TO EMPLOY COUNSEL

Upon consideration of the notice and motion of Erica R. Johnson, Trustee, for authority to employ Thompson Burton PLLC in connection with the above-styled matter, and it appearing that Justin T. Campbell and all members in the firm of Thompson Burton PLLC, are duly admitted to practice in this Court, and represent no interest adverse to this estate, and no objections having been filed;

And it appearing to the Court that employment of counsel in this matter is necessary; It is hereby

**ORDERED** that Erica R. Johnson, Trustee, is authorized to employ Thompson Burton, PLLC to represent her in the administration of the above-styled estate.

**IT IS FURTHER ORDERED** that the first date of employment for Thompson Burton PLLC shall be the date of the filing of the motion, November 24, 2020.

Counsel for the Trustee will make application to the Court for approval of all fees.

**This Order was signed and entered electronically as indicated at the top of the first page.**

**APPROVED FOR ENTRY:**

/s/ Erica R. Johnson
Erica R. Johnson, Trustee
Erica R. Johnson Attorney at Law PLLC
8161 Highway 100, Suite 184
Nashville, TN 37221
Telephone:     615-347-5869
Erica@erjlaw.com

Ch. 7 Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.