| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:04-bk-06325<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Fri Mar 12 15:01:03 CST 2021 | Erica R. Johnson, Attorney at Law, PLLC<br>8161 Highway 100, Suite 184<br>Nashville, TN 37221-4213 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| 701 Broadway Room 170<br>Nashville, TN 37203-3979 | AEDC<br>550 WIIIAM NORTHERN BLVD<br>TULLAHOMA, TN 37388-4727 | (p)ASCEND FEDERAL CREDIT UNION<br>P O BOX 1210<br>TULLAHOMA TN 37388-1210 |
| BANK OF AMERICA<br>NC4-105-03-14<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 | CADILIS & STAWIASKI<br>4010 W BOY SCOUT BLVD<br>TAMPA, FL 33607-5727 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CITI FINANCIAL<br>PO BOX 222178<br>CHARLOTTE, NC 28222-2178 | CREDITORS FIN GROUP<br>PO BOX 440280<br>AURORA, CO 80044-02808 | DAVIDSON COUNTY GENERAL SESSIONS CR<br>201 JAMES ROBERTSON PKWY RM 2<br>NASHVILLE, TN 37201 |
| FIDELITY FEDERAL<br>82 DEVONSHIRE ST KWIC<br>BOSTON, MA 02109-3614 | FINELSTEIN, KERN, STEINBERG<br>PO BOX 1<br>KNOXVILLE, TN 37901-0001 | FMA ALLIANCE LTD<br>11811 N FRWY STE 900<br>HOUSTON, TX 77060-3292 |
| FORD MOTOR CREDIT CO<br>PO BOX 689007<br>FRANKLIN, TN 37068-9007 | HARDIN, CYNTHIA<br>905 VISTA PALMA WAY<br>ORLANDO, FL 32825-6361 | HOUSEHOLD FINANCE<br>2021 N GALLATIN RD STE 228<br>MADISON, TN 37115-2029 |
| IRS<br>PO BOX 1107<br>NASHVILLE, TN 37202-11070 | MANGRUM, JASON S<br>KENDALL, JAY L<br>701 BROADWAY STE 128<br>NASHVILLE TN 37203-3935 | MATHEWSON, RD<br>105 N BELMONT AVE<br>MARGATE CITY, NJ 08402-2105 |
| METRO GOVT OF NASHVILLE & DAVIDSON<br>DEPT OF LAW<br>204 COURTHOUSE<br>NASHVILLE, TN 37201 | NCO FINANCIAL<br>PO BOX 41417<br>PHILADELPHIA, PA 19101 | Paul J. Krog<br>Bulso PLC<br>155 Franklin Road, Suite 400<br>P. O. Box 861<br>Brentwood, TN 37024-0861 |
| SEARS<br>PO BOX 3671<br>URBANDALE, IA 50323-0671 | US ATTY FOR IRS<br>110 9TH AVE S STE A961<br>NASHVILLE TN 37203-3870 | YOUNG, JASON O<br>212 ADAMS AVE<br>MEMPHIS, TN 38103-1922 |
| ERICA R. JOHNSON +<br>ERICA R JOHNSON, ATTORNEY AT LAW, PLLC<br>8161 HIGHWAY 100<br>SUITE 184<br>NASHVILLE, TN 37221-4213 | JOAN BOYD HARDEN<br>200 CHIMNEY TOP DR<br>ANTIOCH, TN 37013-6310 | RONALD K. NEVIN +<br>LAW OFFICE OF RON NEVIN<br>404 JAMES ROBERTSON PKY STE 1850<br>NASHVILLE, TN 37219-1596 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Ascend Federal Credit Union<br>P. O. Box 1210<br>Tullahoma, TN 37388 | CHASE MANHATTAN MORTGAGE CORP<br>3415 VISION DR GEPT G7<br>COLUMBUS OH, 43219 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Darryl Harvey

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30