United States Bankruptcy Court
Middle District of Tennessee

In re:  
JOAN BOYD HARDEN  
    Debtor

Case No. 04-06325-MFH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 25, 2022      Form ID: pdf001      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JOAN BOYD HARDEN, 200 CHIMNEY TOP DR, ANTIOCH, TN 37013-6310 |
| aty | + | Erica R. Johnson, Attorney at Law, PLLC, 8161 Highway 100, Suite 184, Nashville, TN 37221-4213 |
| acc | + | Larry Williams, CPA, 205 Powell Place, Brentwood, TN 37027-7522 |
| 1908517 | + | AEDC, 550 WIIIAM NORTHERN BLVD, TULLAHOMA, TN 37388-4727 |
| 1908520 | + | CADILIS & STAWIASKI, 4010 W BOY SCOUT BLVD, TAMPA, FL 33607-5727 |
| 1908521 | | CREDITORS FIN GROUP, PO BOX 440280, AURORA, CO 80044-02808 |
| 1908522 | | DAVIDSON COUNTY GENERAL SESSIONS CR, 201 JAMES ROBERTSON PKWY RM 2, NASHVILLE, TN 37201 |
| 1908523 | + | FIDELITY FEDERAL, 82 DEVONSHIRE ST KWIC, BOSTON, MA 02109-3614 |
| 1908524 | + | FINELSTEIN, KERN, STEINBERG, PO BOX 1, KNOXVILLE, TN 37901-0001 |
| 1908507 | + | HARDIN, CYNTHIA, 905 VISTA PALMA WAY, ORLANDO, FL 32825-6361 |
| 1908511 | + | MANGRUM, JASON S, KENDALL, JAY L, 701 BROADWAY STE 128, NASHVILLE TN 37203-3935 |
| 1908510 | | METRO GOVT OF NASHVILLE & DAVIDSON, DEPT OF LAW, 204 COURTHOUSE, NASHVILLE, TN 37201 |
| 1908512 | | NCO FINANCIAL, PO BOX 41417, PHILADELPHIA, PA 19101 |
| 1908513 | + | US ATTY FOR IRS, 110 9TH AVE S STE A961, NASHVILLE TN 37203-3870 |
| 1908516 | + | YOUNG, JASON O, 212 ADAMS AVE, MEMPHIS, TN 38103-1922 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: erjtrustee@erjlaw.com | Aug 25 2022 23:20:00 | ERICA R. JOHNSON, ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC, 8161 HIGHWAY 100, SUITE 184, NASHVILLE, TN 37221-4213 |
| 7245371 | | Email/Text: bankruptcy@ascendfcu.org | Aug 25 2022 23:20:00 | Ascend Federal Credit Union, P. O. Box 1210, Tullahoma, TN 37388 |
| 1908515 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 23:20:00 | BANK OF AMERICA, NC4-105-03-14, PO BOX 26012, GREENSBORO NC 27420-6012 |
| 1908519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:21:17 | CITI FINANCIAL, PO BOX 222178, CHARLOTTE, NC 28222-2178 |
| 1908505 | + | Email/Text: EBNBKNOT@ford.com | Aug 25 2022 23:20:00 | FORD MOTOR CREDIT CO, PO BOX 689007, FRANKLIN, TN 37068-9007 |
| 1908506 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 25 2022 23:20:00 | HOUSEHOLD FINANCE, 2021 N GALLATIN RD STE 228, MADISON, TN 37115-2029 |
| 1908508 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2022 23:20:00 | IRS, PO BOX 1107, NASHVILLE, TN 37202-11070 |
| 1908518 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 25 2022 23:21:24 | CHASE MANHATTAN MORTGAGE CORP, 3415 VISION DR GEPT G7, COLUMBUS OH, 43219 |
| 1908514 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:21:27 | SEARS, PO BOX 3671, URBANDALE, IA 50323-0671 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1908525 | ##+ | FMA ALLIANCE LTD, 11811 N FRWY STE 900, HOUSTON, TX 77060-3292 |
| 1908509 | ##+ | MATHEWSON, RD, 105 N BELMONT AVE, MARGATE CITY, NJ 08402-2105 |
| 7230729 | ##+ | Paul J. Krog, Bulso PLC, 155 Franklin Road, Suite 400, P. O. Box 861, Brentwood, TN 37024-0861 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERICA R. JOHNSON | erjtrustee@erjlaw.com  TN49@ecfcbis.com |
| JUSTIN TIMOTHY CAMPBELL | on behalf of Plaintiff Erica R. Johnson justin@thompsonburton.com |
| MEGAN REED SELIBER | on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov |
| PAUL JOSEPH KROG | on behalf of Defendant Darryl Harvey pkrog@bulso.com  rkrog@bulso.com |
| RONALD K. NEVIN | on behalf of Debtor JOAN BOYD HARDEN paralegal@ronnevinattorney.com  nevinlawecf@gmail.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 6


Marian F. Harrison
US Bankruptcy Judge

Dated: 8/25/2022

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joan Boyd Harden, | ) | BK No. 04-06325-MH3-7 |
| | ) | |
| Debtor. | ) | |

### ORDER AND NOTICE TO FILE CLAIMS AGAINST SURPLUS FUNDS

It appears to the Court that the Trustee has sufficient funds to pay all allowed claims in full and that there are surplus funds remaining which may be distributed to creditors who have not filed their claims.

It further appears to the Court that pursuant to Bankruptcy Rule 3003(c)(3), the Court may grant a reasonable extension of time for filing the claims against the surplus.

WHEREFORE, it is hereby ORDERED that the 20th day of September, 2022, is fixed as the last day of the filing of claims against the surplus funds remaining after payment in full of all claims which have been filed and allowed.

It is further ORDERED that claims which have been filed but have not been allowed because they were not filed prior to the bar date for filing claims shall be treated as having been filed against any surplus and need not be refiled.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted for entry:

*/s/ Erica R. Johnson, Trustee*
Erica R. Johnson, Trustee
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erjtrustee@erjlaw.com - Email

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.